UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:12-cv-2249 DAD P |
| Plaintiff, | |
| v. | ORDER |
| RON BARNES et al., | |
| Defendants. | |

On May 30, 2014, defendant Abbott filed a motion to revoke plaintiff's in forma pauperis ("IFP") status.  Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days of the date of this order, plaintiff shall file an opposition, if any, to defendant Abbott's motion to revoke plaintiff's IFP status.  Failure to file an opposition will be deemed as a statement of non-

/////

/////

/////

/////

1

opposition to the motion and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

Dated: July 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bont2249.46