1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GREGORY C. BONTEMPS,                    No.  2:12-cv-2249 TLN DAD P

12                 Plaintiff,

13         v.                                ORDER

14  RON BARNES, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On September 3, 2014, the magistrate judge filed findings and recommendations herein

21  which were served on all parties and which contained notice to all parties that any objections to

22  the findings and recommendations were to be filed within fourteen days.  Defendants have filed

23  objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26  Court finds the findings and recommendations to be supported by the record and by proper

27  analysis.

28  /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 3, 2014 are adopted in full;

2. Defendant's motion to revoke Plaintiff's IFP status (Doc. No. 17) is denied; and

3. Defendant Abbott is directed to file a responsive pleading in this matter within thirty days from the date of this order.

Dated:  October 2, 2014

Troy L. Nunley
United States District Judge

/bont2249.806