UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS, | No. 2:12-cv-2249 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| RON BARNES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. Pending before the court is plaintiff's motion to compel.

Under the court's discovery and scheduling order, the parties were required to complete discovery and file any motions to compel on or before February 27, 2015. Plaintiff's motion to compel filed on April 30, 2015, is therefore untimely, and the court will not require defendant Abbott to respond to it.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. No 31) is denied as untimely.

Dated: May 15, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bont2249.oot

1